USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020



**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Andrew J. Rauchberg**<br>phone: 212-356-0891<br>fax: 212-356-2089<br>email: arauchbe@law.nyc.gov |

February 11, 2019

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The February 18, 2020, 10:30 a.m. conference is adjourned until **March 5, 2020, at 10:30 a.m.** The parties shall file their joint conference materials by February 27, 2020. SO ORDERED.

Dated: February 13, 2020
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re: *M.H. obo I.A. v. N.Y. City Dep't of Educ., et al.*
19 CV 3362 (LGS) (GWG)

Dear Judge Schofield,

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the Defendants in the case referenced above. I write to respectfully request an adjournment of the pretrial conference currently scheduled for next Tuesday, February 18, 2020.

Pursuant to the Court's Order dated December 23, 2019, the parties are scheduled to appear for a pretrial conference on Tuesday, February 18, 2020, at 10:30 A.M. I have recently determined that I must be out of the City on that date due to familial needs. Accordingly, I respectfully request that Your Honor adjourn the conference to a date thereafter that is convenient for the Court. I also respectfully request that the Court grant a corresponding adjournment to the deadline to submit the pre-conference materials. This is the first such request Defendants have made. I have communicated with Elisa Hyman, Esq., and she consents to the proposed adjournment.

I note for the Court's consideration that the parties are available on February 27, 2020, the afternoons of March 3 and March 5, 2020, and on March 10 and March 12, 2020.

Thank you for your consideration of this matter, and this request.

Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel


cc: Elisa Hyman, Esq.
Law Office of Elisa Hyman P.C.
Attorneys for Plaintiffs