USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.H., et al.,

                Plaintiffs,

    - against -

NYC DEPARTMENT OF EDUCATION, et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-3362 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the scheduling order issued on April 10, 2021, expert discovery in this matter was due to close by February 26, 2021. Accordingly, by March 12, 2021, the parties shall file a joint letter updating the Court on the status of this matter and proposed next steps.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.